UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| CRYSTAL MARIE KIKLIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security ) <br> ) <br> Defendant. ) | Civil Action No. 10-10699-NMG |

REPORT AND RECOMMENDATION ON
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DEFENDANT'S MOTION FOR AN ORDER AFFIRMING DECISION

September 9, 2011

SOROKIN, M.J.

The Plaintiff, Crystal M. Kiklis, seeks reversal of a decision of the Defendant, the Commissioner of the Social Security Administration ("the Commissioner"), denying her disability benefits, or in the alternative seeks to remand the case for further findings. Docket #s 1, 11. The Commissioner seeks an Order affirming his decision. Docket # 14.

For the following reasons, I RECOMMEND that the court DENY the Plaintiff's Motion for Summary Judgment (Docket # 11) and ALLOW the Commissioner's Motion for an Order Affirming the Decision (Docket # 14).

*Report and Recommendation accepted and adopted. S/NMGorton, USDJ 9/23/11*